# RECONSIDERATION OF PRIOR DECISIONS

**2002–1350. State v. Foust.**
Cuyahoga C.P. No. CR–406021. Reported at 105 Ohio St.3d 137, 2004-Ohio-7006, 823 N.E.2d 836. On motion for reconsideration. Motion denied.

LANZINGER, J., not participating.

**2002–1377. State v. Cunningham.**
Allen C.P. No. CR2002–0010. Reported at 105 Ohio St.3d 197, 2004-Ohio-7007, 824 N.E.2d 504. On motion for reconsideration. Motion denied.

LANZINGER, J., not participating.

**2004–0225 and 2004–0276. State v. Fraley.**
Erie App. Nos. E–02–050 and E–02–051, 2003-Ohio-6976. Reported at 105 Ohio St.3d 13, 2004-Ohio-7110, 821 N.E.2d 995. On motion for reconsideration. The motion fails for want of four votes on the following vote:

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., vote to grant.

RESNICK, O'CONNOR and O'DONNELL, JJ., vote to deny.

LANZINGER, J., not participating.

**2004–1549. State v. Raymer.**
Hamilton App. No. C–040498. Reported at 104 Ohio St.3d 1439, 2004-Ohio-7033, 819 N.E.2d 1123. On motion for reconsideration. Motion denied.

**2004–1593. Wright v. Campbell Soup Co.**
Henry App. No. 7–04–02, 2004-Ohio-4164. Reported at 104 Ohio St.3d 1440, 2004-Ohio-7033, 819 N.E.2d 1123. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**2004–1607. State v. Ambrose.**
Cuyahoga App. No. 83859, 2004-Ohio-4237. Reported at 104 Ohio St.3d 1440, 2004-Ohio-7033, 819 N.E.2d 1123. On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents and would remand for the application of *State v. Jordan*, 104 Ohio St.3d 21, 2004-Ohio-6085, 817 N.E.2d 864.